

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**2/24/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

npas

# ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

Case Number:   10-52510 - B - 13J

Debtor Name(s) and Address(es):

Shewkali Rajkumarr
430 Seagull Ct
Hercules, CA 94547

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above-entitled case be and the same is hereby closed.

Dated:   2/24/11                                     Wayne Blackwelder
                                                     Clerk of Court